

Peter A. Romero, Esq.

David D. Barnhorn, Esq.

Matthew J. Farnworth, Esq.

January 2, 2026

**Via ECF**
Hon. Stewart D. Aaron
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED. The parties shall file a joint letter regarding the status of the case no later than three business days after the mediation has concluded or on February 23, 2026, whichever is earlier. SO ORDERED.

Dated: January 5, 2026

Re:     *Cobie-Ray Johnson v. Hudson Gastropub LLC, d/b/a The Warren, et. al.*
        Docket No. 25-cv-07951 (DEH) (SDA)

Dear Judge Aaron:

This firm represents Plaintiff Cobie-Ray Johnson in this matter against Defendants Hudson Gastropub LLC d/b/a The Warren, Dimitri Liberis and Premetesh Chatoo (collectively as "Defendants") for alleged violations of the Fair Labor Standards Act ("FLSA"), New York Labor Law ("NYLL") and New York common law.

The Court referred this matter to SDNY mediation.[1]  The parties have been working with the assigned mediator to schedule the mediation for this matter and discussing the appropriate scope for this mediation.  The scope of the mediation – including whether the parties will mediate on behalf of the Plaintiff only as Defendants urge or on behalf of the putative class as Plaintiff contends – will substantially determine what additional discovery is necessary and how much time is needed to prepare for and conduct the mediation. Defendants also are gathering and intend to share financial records relating to their claim that they cannot afford to negotiate a settlement on behalf of the putative class.  These records are crucial to the determination regarding whether the parties should engage in a mediation on behalf of the individual Plaintiff only or the putative class, and the potential range for settlement.  Defendants anticipated providing these records earlier this week in order to resolve these concerns.  However, we have been informed earlier today by Defendants that these records cannot be obtained until early next week as the Defendants' accountant's office is closed for the holiday season until Monday.  As a result, the parties require a brief period of additional time to schedule the parties' mediation and to determine the appropriate scope for the mediation.

---

[1] The parties have exchanged mediation discovery with respect to the Plaintiff.

Accordingly, Plaintiff requests, with Defendants' consent, that the parties be permitted a one-week extension of time until January 9, 2026 to schedule the parties' mediation.  This is Plaintiff's second request for the relief sought.

Plaintiff thanks the Court for its time and attention to this matter.

Respectfully submitted,

_/S/ David D. Barnhorn, Esq.__
DAVID D. BARNHORN, ESQ.

C:  All Counsel of Record