**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Cobie-Ray Johnson, on behalf of herself and all other persons similarly situated,**<br><br>                                **Plaintiff,**<br><br>                 **-against-**<br><br>**Hudson Gastropub LLC, et al.,**<br><br>                                **Defendants.** | **1:25-cv-07951 (DEH) (SDA)**<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

This case contains one or more claims arising under the Fair Labor Standards Act. On May 8, 2026, the parties apprised the Court that a settlement had been reached during mediation. (5/8/26 Status Report, ECF No. 28.) Accordingly, it is hereby ORDERED that the Initial Pretrial Conference scheduled for May 29, 2026 (*see* Order, ECF No. 27) is adjourned *sine die*.

It is further ORDERED that the parties shall file their anticipated motion for settlement approval, pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), no later than Tuesday, July 7, 2026. (*See* 5/8/26 Status Report at 1.) The motion should address the claims and defenses, the defendants' potential monetary exposure and the bases for any such calculations, the strengths and weaknesses of the plaintiff'' case and the defendants' defenses, any other factors that justify the discrepancy between the potential value of plaintiff's claims and the settlement amount, the litigation and negotiation process, as well as any other issues that might be pertinent to the question of whether the settlement is reasonable (for example, the collectability of any judgment if the case went to trial).

The joint letter or motion should also explain the attorney fee arrangement, attach a copy

of the retainer agreement, and provide information as to actual attorney's hours expended and the relevant experience of the attorney(s). A copy of the settlement agreement itself must accompany the joint letter or motion.

In addition, the parties are advised that, in accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, they may consent to proceed before Magistrate Judge Aaron for the purposes of *Cheeks* review by submitting the form available at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf. The parties are free to withhold their consent without adverse consequences.

**SO ORDERED.**

Dated:    New York, New York
          May 15, 2026

_____
STEWART D. AARON
United States Magistrate Judge

2