ROMERO
LAW GROUP PLLC
LABOR AND EMPLOYMENT LITIGATION

Peter A. Romero, Esq.
David D. Barnhorn, Esq.

Matthew J. Farnworth, Esq.

August 17, 2026

Application **GRANTED**. The parties shall adhere to the schedule set forth herein.

The Clerk of Court is respectfully directed to terminate ECF No. 35.

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: August 18, 2026
New York, New York

**Via ECF**
Hon. Dale E. Ho
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Cobie-Ray Johnson v. Hudson Gastropub LLC, d/b/a The Warren, et. al.*
Docket No. 25-cv-07951 (DEH) (SDA)

Dear Judge Ho:

This firm represents Plaintiff Cobie-Ray Johnson in this matter against Defendants Hudson Gastropub LLC d/b/a The Warren, Dimitri Liberis and Premetesh Chatoo (collectively as "Defendants") for alleged violations of the Fair Labor Standards Act ("FLSA"), New York Labor Law ("NYLL") and New York common law. The Court entered an order directing that a motion for approval of the parties' settlement, pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), with respect to Plaintiff's FLSA claims, be filed by August 17, 2026. The parties have made substantial progress negotiating the terms of their formal settlement agreement and expect to complete their negotiations in the coming weeks. As a result, the parties require additional time finalize their settlement agreement. The parties will then need to gather signatures for their formal settlement agreement and prepare their motion for approval. Accordingly, Plaintiff jointly requests, on behalf of and with the consent of all parties, that the parties deadline to file a motion for approval be extended until September 4, 2026. This is the parties' second request for an extension of this deadline.

Plaintiff thanks the Court for its time and attention to this matter.

Respectfully submitted,

/S/ David D. Barnhorn, Esq.
DAVID D. BARNHORN, ESQ.

C: All Counsel of Record